Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Linda Murphy, Individually and as Successor in Interest of Kenneth Hoffman, Decedent

Plaintiff(s),

v.

Fresenius USA, Inc., et al.

Defendant(s).

Case No: 3:13-cv-03019

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kevin C. Newsom, an active member in good standing of the bar of the state of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the Fresenius Defendants* in the above-entitled action. My local co-counsel in this case is Tamara Fraizer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Bradley Arant Boult Cummings LLP, 1819 Fifth Ave. N., Birmingham, AL 35203 | Fish & Richardson, 500 Arguello Street, Suite 500, Redwood City, CA 94063 |
| My Telephone # of Record: (205) 521-8803 | Local Co-Counsel's Telephone # of Record: (650) 839-5097 |
| My Email Address of Record: knewsom@babc.com | Local Co-Counsel's Email Address of Record: fraizer@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ASB-2305-V78N.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-12-13

/s/ *(signature)*
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kevin C. Newsom is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 12, 2013

*(seal: Judge Maria-Elena James)*

~~UNITED STATES DISTRICT~~ /MAGISTRATE JUDGE

*Fresenius USA, Inc.; Fresenius USA Manufacturing, Inc.; Fresenius Medical Care Holdings, Inc.; Fresenius Medical Care North America, Inc.; Fresenius USA Marketing, Inc.; and Bio-Medical Applications of Fremont, Inc., a/k/a Fresenius Medical Care Fremont (improperly named in the complaint as "Fresenius Medical Care Clinic")

PRO HAC VICE APPLICATION & ORDER

August 2012

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that __Kevin Christopher Newsom__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __April 24, 2005__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __June 21, 2013__ with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama